# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00412-CV

**Valerie Elizabeth Kugle, Appellant**

**v.**

**April Denise Moore, Appellee**

### FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
### NO. 17-18474, THE HONORABLE BENTON ESKEW, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due on November 4, 2019. On November 19, 2019, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by December 2, 2019, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed for Want of Prosecution

Filed: December 19, 2019